UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EAST COAST PLASTIC SURGERY, P.C.,

                         Plaintiff,

         -v-

AETNA HEALTH AND LIFE INSURANCE COMPANY,

                         Defendant.

23-CV-1611 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on February 27, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than March 17, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by March 10, 2023.

    SO ORDERED.

Dated: February 28, 2023
       New York, New York

                                                          J. PAUL OETKEN
                                                  United States District Judge